Layal L. Bishara (SBN 329154)
bisharal@gtlaw.com
Lisa C. McCurdy (SBN 228755)
mccurdyl@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICAH REED,<br><br>　　　　Defendant. | CASE NO. 2:24-cv-09243<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed in State Court: October 28, 2024 |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Micah Reed ("Defendant") hereby stipulate to the following, pursuant to Civil Local Rule 8-3: having executed a Waiver of Service of Summons on December 19, 2024, Defendant's current deadline to file an answer or otherwise respond to Chase's Original Complaint is February 18, 2025. Civil Local Rule 8-3 provides that parties may stipulate to extend the time for a defendant to respond to the initial complaint by not more than thirty (30) days and that stipulation need not be approved by the Court. Accordingly, the parties hereby stipulate to a 30-day extension of time up to and including March 20, 2025 for Defendant to respond to Chase's Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 18, 2025          GREENBERG TRAURIG, LLP

                                  By: /s/Layal L. Bishara
                                      Layal L. Bishara
                                      Attorney for Defendant
                                      JPMORGAN CHASE BANK, N.A.

Dated: February 18, 2025          MICAH REED

                                  By: /s/ Micah Reed
                                      Micah Reed
                                      Defendant

**ECF CERTIFICATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Micah Reed, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

                                  By: /s/ Layal L. Bishara
                                      Layal L. Bishara